UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Roberta Virginia Ann Black,
Administrator for the Estate of
Rick O. Black, Deceased,

    Plaintiff,

v.

Knox County, Ohio, *et al.*,

    Defendants.

Case No. 2:22-cv-3027

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

Roberta Black as Administrator for the Estate of Rick O. Black ("Plaintiff") files a notice of joint stipulation of dismissal, with prejudice, of Defendants Deputy David Merillat, Deputy Fred Michael, Sgt. Bryan Price, Captain Jay Sheffer, and Deputy Jason Stachler. ECF No. 67. The Court construes the notice as a joint motion to drop parties under Federal Rule of Civil Procedure 21.

Plaintiff's motion is **GRANTED.** All claims against Defendants Deputy David Merillat, Deputy Fred Michael, Sgt. Bryan Price, Captain Jay Sheffer, and Deputy Jason Stachler, are hereby **DISMISSED WITH PREJUDICE,** and the Clerk shall terminate them as Defendants in this matter.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**