UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Roberta Virginia Ann Black,
Administrator for the Estate of
Rick O. Black, Deceased,

    Plaintiff,

v.

Knox County, Ohio, *et al.*,

    Defendants.

Case No. 2:22-cv-3027

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

Roberta Black as Administrator for the Estate of Rick O. Black ("Plaintiff") moves to exceed the page limit in her response to Defendants' motion for summary judgment. ECF No. 71. Plaintiff filed her response to Defendants' motion for summary judgment on January 26, 2024. ECF No. 72.

For good cause shown, Plaintiff's motion is **GRANTED**.

The Clerk shall terminate ECF No. 71.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**