**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Roberta Virginia Ann Black,
Administrator for the Estate of
Rick O. Black, Deceased,

Case No. 2:22-cv-3027

Knox County, Ohio, *et al.*,

**Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the January 21, 2025 Opinion and Order:

The Court GRANTS summary judgment for the remaining Defendants consistent with this Opinion. Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE.

Date:  **January 21, 2025**          **Richard Nagel, Clerk**


            s/ Jennifer Kacsor

            By Jennifer Kacsor/Courtroom Deputy